# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.:   CV-09-3206-R**                                                              **DATE: NOV. 9, 2009**

**TITLE: WILLIAM S HART UNION HIGH SCHOOL DISTRICT et al -V- CAPITOL INDEMNITY CORP**
================================================================
**PRESENT:**

<u>**HON. MANUEL L. REAL, JUDGE**</u>

<u>William Horrell</u>                                            <u>    N/A    </u>
**Deputy Clerk**                                                  **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANT:**

   Not present                                                        Not present

**PROCEEDINGS: ORDER TO SHOW CAUSE why action should not be dismissed for lack of prosecution**

THIS MATTER IS SET ON CALENDAR FOR HEARING ON NOV. 30,

2009 AT 10:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS

ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF PLAINTIFF

TO FILE A PROOF OF SERVICE OF SUMMONS AND COMPLAINT

ON DEFENDANT.

PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY;

FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.


cc: counsel of record

**MINUTES FORM II**                                                               Initials of Deputy Clerk__WH___
**CIVIL - GEN**                                          D-M